UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil File No. 00-CV-334 MJD/JGL

Kimberly Wood,

Plaintiff,

vs.

The City of Lino Lakes, Minnesota; David Pecchia, Chief of Police, individually and in his official capacity; and

Sgt. Bill Hammes, Lino Lakes Police Officer, personally and individually,

Defendants.

**STIPULATION AND PROTECTIVE ORDER RE PLAINTIFF'S MEDICAL AND/OR PSYCHOLOGICAL RECORDS**

---

## STIPULATION

**WHEREAS**, the parties to the above-captioned action desire to expedite and facilitate the discovery process in this action; and

**WHEREAS**, the parties are sensitive to the confidential nature of the information contained in the plaintiff's psychological and medical reports as well as other information regarding the medical and/or psychological conditions of the plaintiff;

**NOW THEREFORE**, it is stipulated and agreed among the parties, by their counsel, as follows:

1. The Court may issue the Protective Order set forth at the end of this document upon the ex-parte application of any party to this Stipulation.



JUL 17 2000
FILED________________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

2. All medical/psychological information concerning the medical and/or psychological condition of the plaintiff, whether produced by the plaintiff or obtained by the defendants pursuant to the plaintiff's authorization shall be deemed confidential, shall be used only for purposes of this litigation and for no other purpose, and shall not be disclosed in any form to any person without further Order of the Court, except that said information may be disclosed to the following:

(a) counsel and such of their staff and employees who are directly involved in the preparation or trial of this case;

(b) experts and/or consultants retained by the parties;

(c) court reporters employed for depositions where confidential documents are referred to by a deponent-witness;

(d) the Court, its personnel, and any jurors empaneled; and

(e) defendants, their agents, employees, and insurers to the extent described in paragraph 5 below.

3. All medical/psychological records or reports of any kind, and any and all copies thereof disclosed to any person described above, shall be returned to the plaintiff within a reasonable time after the final disposition of this action.

4. Prior to any disclosure of such information or the providing of copies of any records to any expert of consultant pursuant to paragraph 2(b) above, the expert or consultant shall agree in writing to be bound by the terms of this Order, and a copy of said written agreement shall be provided to the plaintiff's attorney within ten (10) days of such agreement.

5. The defendants themselves shall not be provided copies of the plaintiff's medical or psychological records, or any portion thereof, but the defendants' attorneys of record shall be

permitted to discuss with the defendants the contents of those records, but only with that level of specificity which, in the good-faith judgment of defendants' counsel of record, is necessary to enable the defendants to prepare an adequate defense, formulate or respond to settlement proposals, or otherwise conduct and participate in this litigation.

6. The foregoing provisions are without prejudice to the right of any party to apply to the court for any further protective order relating to confidential documents or information, for an order compelling production of documents, or for modification of this Stipulation and Protective Order, or for an order permitting the disclosure of any confidential documents or information beyond the terms of this Order.

Dated: 7-12-00

MAVITY & ASSOCIATES
Attorneys for Plaintiff

By: William J. Mavity

William J. Mavity, Atty. Reg. No. 143716
April M. Virnig, Atty. Reg. No. 288743
1650 West 82nd Street, Suite 1460
Minneapolis, Minnesota 55431
Telephone: (612) 885-5600

Dated: June 22, 2000

LEAGUE OF MINNESOTA CITIES
Attorney for Defendants

By: [signature]

Patricia Y. Beety, Atty. Reg. No. 227390
145 University Avenue West
St. Paul, Minnesota 55103-2044
Telephone: (651) 281-1200

**PROTECTIVE ORDER**

**SO ORDERED.**

BY THE COURT:

Dated: July 17, 2000

United States Magistrate Judge Jonathan Lebedoff