UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil File No. 00-CV-334 MJD/JGL

Kimberly Wood,

Plaintiff,

vs.

The City of Lino Lakes, Minnesota;
David Pecchia, Chief of Police, individually and in his official capacity; and
Sgt. Bill Hammes, Lino Lakes Police Officer, personally and individually,

Defendants.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT AND PARTIAL JUDGMENT**

---

**WHEREAS**, Plaintiff Kimberly Wood seeks to dismiss with prejudice and on the merits any and all claims that she has or may have against David Pecchia, individually and in his official capacity, and against Bill Hammes, individually and in his official capacity, relative to the claims arising out of the incidents that occurred during her employment with the City of Lino Lakes as described in Plaintiff Kimberly Wood's Complaint; and

**WHEREAS**, the claims of Kimberly Wood released and dismissed with prejudice pursuant to this Stipulation include all claims that Kimberly Wood has or may have whatsoever including, but not limited to, claims for damages, compensation, attorney's fees costs and disbursements; and

**FURTHER**, it is stipulated that Kimberly Wood dismisses all claims, of any kind, asserted and not asserted, in the captioned matter or otherwise against all City of Lino Lakes officers, either officially or individually. These parties also agree that no costs or disbursements

FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

or attorney's fees, including attorney's fees pursuant to 42 U.S.C. §1988, Minn. Stat. §549.21 or Minn. Stat. §549.211, will be sought, recovered, or paid by Plaintiff or the dismissed Defendants, and David Pecchia and Bill Hammes agree to release Kimberly Wood from any claims that they may have for costs, disbursements and attorney's fees as against Kimberly Wood;

The undersigned hereby prays for an Order of the Court dismissing all claims against David Pecchia and Bill Hammes, either officially or otherwise:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

I, Kimberly Wood, hereby acknowledge that I have read the foregoing Stipulation, understand its terms and hereby agree to dismiss with prejudice any and all claims I have made against David Pecchia and Bill Hammes, either officially or individually or otherwise. I, Kimberly Wood, hereby acknowledge I have received no monies from or on behalf of David Pecchia or Bill Hammes for entering into this Stipulation. I also understand by signing this Stipulation that I am completely dismissing all of my alleged or not alleged claims against all officers for the City of Lino Lakes in the above-captioned matter.

Kimberly M. Wood

Kimberly Wood

Dated: 2-20-2001

MAVITY & ASSOCIATES

By: William J. Mavity

William J. Mavity (#143716)
Attorney for Plaintiff Kimberly Wood
1650 West 82nd Street, Suite 1460
Minneapolis, Minnesota 55431
(952) 885-5600

Dated: Feb 22, 2001

LEAGUE OF MINNESOTA CITIES

By: ______________________
Patricia Y. Beety (#227390)
Attorney for Defendants David Pecchia
and Bill Hammes
145 University Avenue West
St. Paul, Minnesota 55103
(651) 281-1200

ORDER

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation and that the claims of Kimberly Wood against Defendants David Pecchia and Bill Hammes, are hereby dismissed with prejudice and without costs, disbursements or attorney's fee to any of the parties.

BY THE COURT

Dated: Feb. 27, 2001

______________________
Michael J. Davis
Judge of Federal District Court