UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-CV-334 MJD/JGL

Kimberly Wood,

Plaintiff,

vs.

The City of Lino Lakes, Minnesota;
David Pecchia, Chief of Police, individually
and in his official capacity; and
Sgt. Bill Hammes, Lino Lakes Police Officer,
personally and individually,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT AND JUDGMENT**

The undersigned attorneys hereby advise the Court that all claims of Kimberly Wood in the above-entitled action have been fully compromised and settled (all claims of Kimberly Wood against David Pecchia and Sergeant Bill Hammes, individually and in their official capacities or otherwise, have been previously dismissed with prejudice).

**WHEREFORE**, it is hereby stipulated by and between all parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits, with prejudice, but without costs and disbursements to any of the parties.

**IT IS FURTHER STIPULATED**, that without further notice a judgment of dismissal with prejudice and upon the merits, but without costs and disbursements to any of the parties may be entered herein.



MAR 0 6 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 0 6 2001
DEPUTY CLERK

Dated: 2-21-01

MAVITY & ASSOCIATES

By: William J. Mavity
William J. Mavity (#143716)
Attorney for Plaintiff Kimberly Wood
1650 West 82nd Street, Suite 1460
Minneapolis, Minnesota 55431
(952) 885-5600

Dated: 2-28-01

LEAGUE OF MINNESOTA CITIES

By:
Patricia Y. Beety (#227390)
Attorney for Defendants

145 University Avenue West
St. Paul, Minnesota 55103
(651) 281-1200

ORDER

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation and that the Complaint in the above-entitled matter is hereby dismissed with prejudice and without costs or disbursements to any of the parties.

Pursuant to Minn. Stat. §466.08, this settlement is approved.

BY THE COURT

Dated: March 6, 2001

Michael J. Davis
Judge of Federal District Court



Case 0:00-cv-00334-MJD-JGL Document 12 Filed 03/06/2001 Page 2 of 2